UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
DRYWALL TAPERS AND POINTERS OF GREATER :
NEW YORK LOCAL UNION 1974, AFFILIATED :
WITH INTERNATIONAL UNION OF ALLIED : 22-CV-10820 (JMF)
PAINTERS AND ALLIED TRADES, AFL-CIO, :
: ORDER
Petitioner, :
:
-v- :
:
:
NATIONAL DRYWALL INC., :
:
Respondent. :
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

On December 23, 2022, Petitioner filed a petition to confirm an arbitration award. Proceedings to confirm an arbitration award must be "treated as akin to a motion for summary judgment." *D.H. Blair & Co., Inc. v. Gottdiener*, 462 F.3d 95, 109 (2d Cir. 2006). Accordingly, it is hereby ORDERED that Petitioner shall file and serve any additional materials with which they intend to support their petition to confirm by **January 6, 2023**. Respondent's opposition, if any, is due on **January 20, 2023**. Petitioner's reply, if any, is due **January 27, 2023**.

Petitioner shall serve the petition and all supporting papers, as well as this Order, upon Respondent electronically and by overnight mail no later than **January 6, 2023**, and shall file an affidavit of such service with the court no later than **January 9, 2023**.

SO ORDERED.

Dated: December 27, 2022
New York, New York

JESSE M. FURMAN
United States District Judge