UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

DRYWALL TAPERS AND POINTERS OF
GREATER NEW YORK LOCAL UNION 1974,
AFFILIATED WITH INTERNATIONAL UNION
OF ALLIED PAINTERS AND ALLIED
TRADES, AFL-CIO,

                                   Petitioner,

        -against-                                                 22 **CIVIL** 10820 (JMF)

                                                                           **JUDGMENT**

NATIONAL DRYWALL INC.,

                                   Respondent.

------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated February 3, 2023, Petitioners have judgment against Respondent in the liquidated amount of $5,922.00, which includes the following: arbitral award in the sum of $3,000.00, attorney's fees in the sum of $2,400.00, and costs in the sum of $522.00; accordingly, the case is closed.

**Dated:**  New York, New York

      February 6, 2023

                                                                      **RUBY J. KRAJICK**

                                                                      _____

                                                                         **Clerk of Court**

                                        **BY:**     *K. Mango*

                                                                      _____

                                                                         **Deputy Clerk**